03-15-00703-CR

12 Nov 2015

TO: THIRD COURT OF APPEALS, AUSTIN, TEXAS
FROM: MIGUEL CARDIEL RE: CR-13-0465

RECEIVED
NOV 16 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

To whom it may Concern;

On November 4, 2015 I was convicted of felony DWI (3rd Degree) in a district Court in Hays County, Texas

there was a fender bender involved in this incident that happened on April 6, 2013.

i. The driver and the passenger of the other Vehicle, a commercial delivery truck, had been subpoenaed all the time (HAVE PROOF), the day of the jury trial they didn't show up nevertheless the trial Continued. Why?

When I got arrested there were two police officers:

ARRESTING OFFICER: BRADSHAW

Making inventory OFFICER BELLARD

Of seven people that were Subpoenaed only the arresting officer showed up, officer Bellard was not present, what Kind of jury trial is this? THEATER/FARCE

My lawyer told me she was going to file a motion to appeal and one to dismiss.

I don't Trust this lawyer Anymore I want to represent myself, spent a lot of money on lawyers for Nothing, nada.

My daughter works at a law office.
I'll ask her to help me with the paperwork
Really need an appeal case number
before the 20-30 days are past the deadline
to fill for an appeal.

* The jury decided, for my punishment
probation only that's all, the judge added
all these extras, after I told my lawyer to have
the jury to decide my punishment, this is WRONG.

The jury foreman handed a piece of paper
to be given to the judge. What was written in
that piece of paper? that's what I want to know.

I have a lot of evidence to prove that
I am innocent and not as guilty as they say.

* Need those two people on the witness
UNDER OATH stand, to testify who was driving and
what they were delivering. Since it was
their fault that I barely hit that truck.
Driver didn't turn blinker on.

* Officer Bellard, in his inventory, only
mentions the beer cans (3) and not the
two Crawfish to go Boxs. Huge boxes
9"X9"X3" or thereabouts, they were on the passenger side Very hard to miss, unless blind.

* Officer Bellard was not at the jury
trial. What, what's going on, here?

(OVER)

He has been subpoenaed all along.

2½ years of having to sign in every tuesday and calling in every friday, not being able to leave the County without permission of the A-AMIGO Bail Bond Co.

I am 63 years old, disabled and retired, living or trying to live on a fixed income.

My Wife of 31 years, after teaching special education for 32 years at Austin ISD, retired two years ago.

We were planning to travel in our old age and here we are, unable to leave the County 2½ years paying for interlock device at $65-70 Per month the report goes to nobody just sits at that office, this is absurd, crazy.

Running out of paper.

Please grant me an appeal so I can fight this injustice and prove to the world that I am innocent.

For your attention and cooperation, Thank you, Very much

Please, Do not ignore this letter, it'll kill me.

Sincerely,
Miguel Cardiel

P.S. Have a lot of evidence, medical Records etcetra, etcetera

MIGUEL CARDIEL
SO# 200731-D1-4
1307 UHLAND RD
SAN MARCOS, TX 78666

Bank Swallow

FOREVER
USA

HAYS COUNTY JAIL
INMATE MAIL D1-4

AUSTIN TX 787

THIRD COURT OF APPEALS
209 W. 14TH STREET
AUSTIN, TEXAS 78709